IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT EVINS,

      Petitioner,

v.
                                     Case No. 5D15-4337

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed March 11, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Evins, Clermont, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and, Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 7, 2015, violation of probation judgments and sentences in case numbers 2008-CF-14383-A-O, 2008-CF-13604-A-O, and 2014-CF-11423-A-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAWSON, C.J., SAWAYA and PALMER, JJ., concur.